LITTLE CARNEGIE REALTY CORPORATION, Landlord, Appellant, *v.* DELMONICO MOVIENEWS THEATRE, INC., Tenant; FIRST RUN FILMS, INC., Tenant, Respondent, et al., Undertenants.

Argued March 1, 1948; decided March 18, 1948.

*Louis Nizer* and *Walter S. Beck* for motion.
*David C. Lewis* and *Leon Savage* opposed.

Motion denied, with $10 costs.